IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT (SOUTHERN) DIVISION

| | |
|---|---|
| W.C. and A.N. MILLER DEVELOPMENT COMPANY, <br><br> *Plaintiff,* <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY <br><br> *Defendant.* | Case No. ___: 14-cv-_____ <br><br> (Circuit Court for Montgomery County, Maryland, Case No. 384853-V) |

## NOTICE OF REMOVAL

Defendant Continental Casualty Company ("Continental"), by its attorneys, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes to this Court the action commenced by plaintiff W.C. and A.N. Miller Development Company ("Miller Development") in the Circuit Court for Montgomery County, Maryland, Case No. 384853-V. As grounds for the removal of this action, Continental states as follows:

1. Miller Development's Complaint, dated and filed on December 9, 2013, was served upon Continental on January 17, 2014. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

2. This action is subject to the original jurisdiction of this Court under 28 U.S.C. § 1332(a)(1), and is thus a proper subject of removal pursuant to 28 U.S.C. § 1441(a).

### AMOUNT IN CONTROVERSY EXCEEDS $75,000

3. This is a civil action in which the matter in controversy exceeds the sum of value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. This action concerns

Miller Development's cause of action and claim for relief for damages arising from an alleged breach by Continental of its obligations owed to Miller Development under the provisions of Professional Liability Insurance Policy No. 287176922, which Continental issued to Miller Development for the policy period November 1, 2010 on November 1, 2011 ("the Policy"). Miller Development and certain of its subsidiaries and affiliates, and individual principals thereof, were named as defendants in an action for damages and other relief captioned *Jonathan Kohn, Trustee v. McGuire Woods LLP, et al.*, Case No. 2:10-cv-05645-KSH, filed on November 1, 2010 in the United States District Court for the District of New Jersey (the "Underlying Action"). Miller Development tendered the Underlying Action to Continental, requesting a defense and potential indemnification under the Policy. By letters dated December 10, 2010 and June 13, 2011, Continental provided Miller Development with an explanation of the basis for Continental's determination that the Underlying Action is not subject to coverage under the Policy. Thereafter, funding its own defense, Miller Development obtained summary judgment in its favor in the Underlying Action. The United States Court of Appeals for the Third Circuit affirmed that ruling on appeal. Miller Development now seeks reimbursement of approximately "$750,000.00, plus interest" from Continental, representing defense costs incurred in the Underlying Action that Continental would have paid under the terms of the Policy if it had not -- wrongfully, according to Miller Development -- denied coverage.

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

4. There is complete diversity of citizenship between the parties, in that they are citizens of different States and, as required by 28 U.S.C. § 1441(b)(2), defendant Continental is not a citizen of the State of Maryland, wherein this action was brought.

5.  Upon information and belief, and as alleged in the Complaint in this action, Miller Development is a Delaware corporation and maintains its principal place of business in Bethesda, Maryland.

6.  Defendant Continental is a corporation organized and existing under the laws of the State of Illinois and maintains its principal place of business in Chicago, Illinois.

### ALL PROCEDURAL REQUIREMENTS ARE SATISFIED

7.  In accordance with 28 U.S.C. § 1446 and Local Rule 103.5(a), true and correct copies of Miller Development's Complaint and the process served upon Continental are attached hereto as Exhibit A.

8.  Plaintiff filed this action in the Circuit Court for Montgomery County, Maryland. Therefore, venue in this Court is proper, as contemplated by 28 U.S.C. § 1446(a), because the State Court in which the action is pending is within the District and Division in which this Court sits.

9.  This Notice of Removal is timely filed within thirty (30) days of January 17, 2014, the date on which service of process was made on Continental.

10. In accordance with 28 U.S.C. § 1446(d), written notice regarding the filing of this Notice of Removal, and a copy thereof, has been provided to counsel for plaintiff Miller Development, and a copy of this Notice has been served upon the Clerk of the Circuit Court for Montgomery County, Maryland.

11. In filing this Notice of Removal, Continental expressly reserves and does not waive, any and all defenses to plaintiff's Complaint that are available to Continental under Fed. R. Civ. P. 12, the Policy and/or applicable law.

WHEREFORE, defendant Continental Casualty Company respectfully prays that this action be removed from the Circuit Court for Montgomery County, Maryland, to this Court, and that this Court issue such orders and process as may be necessary to preserve its jurisdiction over this matter.

Respectfully submitted,

DATED: February 12, 2014

*Ashley E. Eiler*

Richard A. Simpson, D. Md. Bar. No. 014174
(rsimpson@wileyrein.com)
Theodore A. Howard (motion for admission
*pro hac vice* to be filed)
(thoward@wileyrein.com)
Ashley E. Eiler, D. Md. Bar. No. 18598
(aeiler@wileyrein.com)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000 (phone)
(202) 719-7049 (fax)

*ATTORNEYS FOR DEFENDANT*
*CONTINENTAL CASUALTY COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February 2014, in accordance with Fed. R. Civ. P. 5(a) and Local Rule 102.1(c), I served true and correct copies of the foregoing Notice Of Removal *via* electronic and first-class U.S. mail, postage prepaid, upon the following:

> Paul J. Kiernan, Esq.
> HOLLAND & KNIGHT LLP
> 800 17th Street NW
> Suite 1000
> Washington, DC  20006
>
> *Attorneys for Plaintiff W.C. and A.N. Miller Development Co.*

*[signature: Ashley E. Eiler]*
Ashley E. Eiler